UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JUN 1 0 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) **4:20CR276 SRC/JMB** |
| BYRON PARGO, | ) ) ) |
| Defendant, | ) |

ORDER

It appearing to the Court that the following defendant to wit:

**BYRON PARGO**

have been indicted by the Grand Jury, and that all of the defendants have not yet been taken into custody, nor have the defendants yet given bail for the defendant initial appearance to answer said indictment, it is by the Court ordered that said indictment shall be sealed and suppressed by the Clerk of the Court until said defendants are in custody or have been given bail for their initial appearance.

_____
UNITED STATES DISTRICT JUDGE

Dated this ___10th___ day of June, 2020.